# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RAYMOND JAMES DUENSING JR., | |
| Plaintiffs, | 2:11-cv-01747-GMN-VCF |
| vs. | **MINUTE ORDER** |
| DAVID MICHAEL GILBERT, *et al.,* | |
| Defendants. | |

Before the Court is Defendant Taser International, Inc.'s (hereafter "Defendant Taser") Request for Exception to Corporate and Insurance Representative Attendance at Settlement Conference. (#69).

Defendant Taser requests the Court to except it from the requirement that its corporate representative and insurance representative attend the settlement conference.

IT IS HEREBY ORDERED that Defendant Taser International, Inc.'s (hereafter "Defendant Taser") Request for Exception to Corporate and Insurance Representative Attendance at Settlement Conference (#69) is GRANTED with the condition that if contact is necessary, Defendant Taser's corporate and insurance representatives must be promptly available by telephone.

DATED this 9th day of December 9, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE