**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RAYMOND JAMES DUENSING, JR, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID MICHAEL GILBERT, et al., <br><br> Defendants. | 2:11-cv-01747-GMN-VCF <br><br> **MINUTE ORDER** |

The Court entered an Order scheduling a settlement conference for December 17, 2013. (#67). The parties were ordered to submit to chambers a confidential settlement statement on or before 4:00 p.m., December 10, 2013. To date, Plaintiff Duensing has not submitted to chambers a confidential settlement statement.

IT IS HEREBY ORDERED that Plaintiff must submit to chambers his confidential settlement statement by 4:00 a.m., Friday, December 13, 2013.

IT IS FURTHER ORDERED that the Court Clerk distribute a copy of this Order to Plaintiff via U.S. Mail and via e-mail at the following address JimDuensing@PretendedOffences.org.

DATED this 12th day of December, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE