UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND JAMES DUENSING, | Case No.: 2:11-cv-01747-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |
| DAVID MICHAEL GILBERT, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 74) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 17, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by February 3, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Defendants' Motion for Involuntary Dismissal (ECF No. 56) be **Granted** and this action be dismissed under Fed. R. Civ. P. 37(b) and 41(b). Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 74) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice. The Clerk shall enter judgment accordingly.

**DATED** this 4th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court